**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  06-cv-01573-REB-MJW

YOUSIF E. HAMZA,
A46-841-181

      Petitioner/Plaintiff,

vs.

ALBERTO GONZALES, Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,
MARIO ORTIZ, District Director, Denver District Office, USCIS, and
ROBERT MUELLER, III, Director, Federal Bureau of Investigations,

      Respondents/Defendants.

---

**MINUTE ORDER[1]**

---

      Defendants' Unopposed Motion for Leave to File Corrected Reply in Support of Defendants' Motion to Dismiss [#14], filed November 29, 2006, is GRANTED, and the Corrected Reply in Support of the Defendants' Motion to Dismiss [#14-2], is ACCEPTED for filing.  The court notes however, that the reply brief is one page over the court's page limitations.  Reply briefs must only be ten (10) pages long, including the signature page.

Dated: November 29, 2006
-----------------------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.