**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 06-cv-01573-REB-MJW

YOUSIF E. HAMZA,

        Petitioner/Plaintiff,

v.

ALBERTO GONZALES, Attorney General,
MICHAEL CHERTOFF, Secretary, Department of Homeland Security,
EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services,
MARIO ORTIZ, District Director, Denver District Office, USCIS,
ROBERT MUELLER, III, Director, Federal Bureau of Investigations,

        Respondents/Defendants.


**ORDER DENYING MOTION TO DISMISS AND REMANDING TO USCIS**

**Blackburn, J.**

    The matter before the Court is Respondents'/Defendants' **Motion to Dismiss** [#6] filed October 12, 2006. The Court, having reviewed the Respondents'/Defendants' Motion to Dismiss and having considered both the written arguments for and against that motion and the oral arguments presented to the Court on Friday, December 15, 2006, finds and concludes as follows:

1. The jurisdictional authority of USCIS to naturalize Petitioner/Plaintiff on October 18, 2006, after this Court assumed jurisdiction on August 9, 2006, when the petition/complaint was filed, is disputed.

2. In order to resolve this matter consistent with **Fed.R.Civ.P. 1**, the Court should exercise its discretion under **18 U.S.C. § 1447(b)** to remand this case

to the USCIS effective October 18, 2006, which is the date that USCIS ostensibly consummated the naturalization of Petitioner/Plaintiff.

**THEREFORE, IT IS ORDERED** as follows:

1. That Respondents'/Defendants' **Motion to Dismiss** [#6] filed October 12, 2006, is denied, and

2. That the matter is remanded to USCIS *nunc pro tunc* to October 18, 2006.

Dated December 18, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**